IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:21-CV-00176-GCM

| | |
|---|---|
| HEATHER THOMPSON,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | **ORDER** |

**THIS MATTER** comes before the Court on the Acting Commissioner's Consent Motion for Reversal and Remand (ECF No. 16). Defendant moves the Court, pursuant to Sentence Four of 42 U.S.C. § 405(g), for a judgment reversing the decision in this case and remanding the matter for further administrative proceedings. Plaintiff's attorney consents to the motion.

**IT IS THEREFORE ORDERED** that the Consent Motion for Reversal and Remand (ECF No. 16) is **GRANTED**. The decision of the Commissioner is **REVERSED**, pursuant to Sentence Four of 42 U.S.C. § 405(g), and the matter is **REMANDED** to the Commissioner for further proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89, 98 (1991).

**SO ORDERED**.

Signed: February 24, 2022

Graham C. Mullen
United States District Judge