# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:21-CV-00176-GCM

| | |
|---|---|
| **HEATHER THOMPSON,** <br><br> **Plaintiff,** <br><br> v. <br><br> **COMMISSIONER OF SOCIAL SECURITY,** <br><br> **Defendant.** | **ORDER** |

**THIS MATTER** comes before the Court on the Consent Motion for Attorney's Fees (ECF No. 19). Following a consent motion to remand this case back to the Social Security Administration, the parties now agree that Plaintiff should be awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount of $5,850.00 in full and final settlement of attorney's fees under EAJA, 28 U.S.C. § 2412(d).

Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debts to the Government. If such debts exist, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debts. If Plaintiff has no outstanding federal debt, the Commissioner will honor Plaintiff's assignment of attorney fees to counsel and will make the check payable to Plaintiff's counsel. If, however, Plaintiff has outstanding federal debt, the Commissioner will make the check payable to Plaintiff directly and deliver the check to the business address of Plaintiff's counsel.

**IT IS THEREFORE ORDERED** that the Consent Motion for Attorney's Fees (ECF No. 19) is **GRANTED**. The Commissioner shall pay the sum of Five Thousand Eight Hundred and

Fifty dollars ($5,850.00) in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sums this case is **DISMISSED** with prejudice.

    **SO ORDERED**.

Signed: May 24, 2022

Graham C. Mullen
United States District Judge